NUMBER 13-05-507-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


IN THE MATTER OF K.T.W., A CHILD


________________________________________________________


On appeal from the County Court at Law No. 5


of Nueces County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, K.T.W., A CHILD, perfected an appeal from a judgment entered by
County Court at Law No. 5 of Nueces County, Texas, in cause number 04-JUV-166-5. On April 19, 2007, this cause was abated, and the trial court was directed to
conduct a hearing to determine the status of this appeal. The trial court's findings and
recommendations were received on May 8, 2007. The trial court found that this
appeal is now moot and should be dismissed.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 14th day of June, 2007.